

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CONSTAR INTERNATIONAL INC. | Case No. 11-10109 (CSS) |
| Debtor. | Jointly Administered |
| In re: | Chapter 11 |
| BFF INC. | Case No. 11-10104 (CSS) |
| Debtor. | Jointly Administered |
| In re: | Chapter 11 |
| CONSTAR FOREIGN HOLDINGS, INC.. | Case No. 11-10105 (CSS) |
| Debtor. | Jointly Administered |
| In re: | Chapter 11 |
| CONSTAR INC. | Case No. 11-10106 (CSS) |
| Debtor. | Jointly Administered |
| In re: | Chapter 11 |
| CONSTAR INTERNATIONAL U.K. LIMITED | Case No. 11-10107 (CSS) |
| Debtor. | Jointly Administered |
| In re: | Chapter 11 |
| DT, INC. | Case No. 11-10108 (CSS) |
| Debtors. | Jointly Administered |

## ORDER DIRECTING DEBTORS' JOINT ADMINISTRATION OF THEIR RELATED CHAPTER 11 CASES

Upon the Motion[1] of the above captioned Debtors for entry of an order directing the joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 and upon the Borseth Declaration; and due and proper notice of this Motion having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in the best interest of the Debtors, their estates, and creditors and after due deliberation, and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is granted _as set forth herein_; and it is further

ORDERED, that the Debtors' chapter 11 cases shall be (i) jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 and (ii) consolidated for procedural purposes only; and it is further

ORDERED, that the Clerk of the Court shall maintain one file and one docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket for Constar International Inc.'s chapter 11 case, Case No. 11-10109-CSS; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED, that all pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

---

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CONSTAR INTERNATIONAL INC., et al.,[1] ) | Case No. 11-10109 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Constar International Inc. (XX-XXX9304), BFF Inc. (XX-XXX1229), DT, Inc. (XX-XXX7693), Constar, Inc. (XX-XXX0950), Constar Foreign Holdings, Inc (XX-XXX8591) and Constar International U.K. Limited. The address of Constar International Inc., BFF Inc., DT, Inc., Constar, Inc. and Constar Foreign Holdings, Inc. is One Crown Way, Philadelphia, Pennsylvania 19154. The address of Constar International U.K. Limited is Moor Lane Trading Estate, Sherburn in Elmet, Nr Leeds, North Yorkshire LS25 6ES, UK.

and it is further

ORDERED, that the Clerk of the Court shall make a docket entry in each Debtor's chapter 11 case, substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Constar International Inc.; BFF Inc.; DT, Inc.; Constar, Inc.; Constar Foreign Holdings, Inc.; and Constar International U.K. Limited that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of Constar International Inc., Case No. 11-10109 (CSS) should be consulted for all matters affecting this case, and all further pleadings and other papers shall be filed in, and further docket entries shall be made in such case."

and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: January 13, 2011

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge